No. 04–1301. D. L., INDIVIDUALLY, AS NEXT FRIEND OF J. L., AND AS ADMINISTRATRIX OF ESTATE OF R. L., ET AL. *v.* UNIFIED SCHOOL DISTRICT NO. 497, DOUGLAS COUNTY, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1302. KAHN ET AL. *v.* GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–1313. SCOTT *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 04–1321. TUCKER *v.* CITY OF RICHMOND, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1344. PAYNE ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–1391. AMIRMOKRI *v.* BODMAN, SECRETARY OF ENERGY. C. A. 4th Cir. Certiorari denied.

No. 04–1403. MARKARIAN ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–1412. WEINER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1425. MORGAN *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–7583. COLEMAN *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–9136. RAYMOND *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9188. DEBOSE *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–9190. WOODS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.